COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00590-CV |
| Style: | In re Patrick Kent Lindsay Jones |
| Date motion filed*: | January 11, 2016 |
| Type of motion: | First Motion for Extension of Time to File Appellant's Brief |
| Parties filing motion: | *Pro Se* Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?　　No.

If motion to extend time:

　　　Original due date:　　　　　　December 14, 2015

　　　Number of extensions granted:　　0　　　　Current Due Date:　December 14, 2015

　　　Date Requested:　　　　April 10, 2016 (119 days from December 14, 2015)

Ordered that motion is:

　　☑ Granted in part

　　　　If document is to be filed, document due:　March 14, 2016.

　　　　☑　　No further extensions of time will be granted.

　　☐ Denied

　　☐ Dismissed (*e.g.*, want of jurisdiction, moot)

　　☑ Other: _____

　　Because appellant failed to timely file his brief, which was due by December 14, 2015, after the clerk's record was filed on November 12, 2015, the Clerk of this Court notified appellant on December 30, 2015, that his appeal was subject to dismissal unless he filed a brief and extension within 10 days of that notice. *See* TEX. R. APP. P. 38.6(a)(1), (d). However, because appellant is *pro se* and seeks time to retain counsel, his motion for extension of time to file his brief is **granted in part for 90 days, but no further extensions will be granted** given the length of the extension. *See id.* 10.5(b)(1)(B), (C). Accordingly, if appellant's brief is not filed by **March 14, 2016**, this appeal may be dismissed without further notice. *See id.* 38.8(a)(1), 42.3.

Judge's signature: /s/ Evelyn V. Keyes _____

　　　　　　　　☑ Acting individually　　　☐ Acting for the Court

Date: January 21, 2016 _____